UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE B. SMITH                               CIVIL ACTION

VERSUS                                      NO. 15-5135

SOCIAL SECURITY ADMINISTRATION        SECTION: "G" (1)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment (Rec. Doc. 21) be **DENIED**; and the Commissioner's cross-motion for summary judgment (Rec. Doc. 22) be **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this 24th day of February, 2017.

                                                          **NANNETTE JOLIVETTE BROWN**
                                                          **UNITED STATES DISTRICT JUDGE**